UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZIPPORA MILLER,

Plaintiff,

-against-

KELLY KOHLBRENNER; ROCKLAND HOSPITAL GUILD INC.,

Defendants.

26 CIVIL 01457 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the May 18, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed.

SO ORDERED.

Dated: July 10, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge